UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ARCHULETA,<br><br>           Plaintiff,<br><br>   v.<br><br>JONG, et al.,<br><br>           Defendants. | Case No. 1:19-cv-01799-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONVENIENCE<br><br>(ECF NO. 4) |

Frederick Archuleta ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On January 6, 2020, Plaintiff filed a motion for convenience.  (ECF No. 4).  In the motion, Plaintiff states that he will be "released from state custody into county probation" on January 14, and asks that he be allowed to file the summons "etc…" once he is released.  (Id. at 1).

Service is inappropriate at this time.  Because Plaintiff is a prisoner, the Court is required to screen Plaintiff's complaint, 28 U.S.C. § 1915A(a), which it will do in due course. If the Court finds that any claims are cognizable, the Court will authorize service of process as to those claims.

The Court notes that if Plaintiff is allowed to proceed *in forma pauperis* in this action,

1    the United States Marshal will serve the complaint.

2          Based on the foregoing, IT IS ORDERED that Plaintiff's motion for convenience is

3    DENIED.

4
     IT IS SO ORDERED.
5

6          Dated:    **January 8, 2020**                    /s/ *Erici P. Grosj*

7                                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28