UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ARCHULETA,<br><br>        Plaintiff,<br><br>   v.<br><br>JONG, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01799-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

      Frederick Archuleta ("plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 11, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice, based on Plaintiff's failure to prosecute and failure to comply with a court order," and that "[t]he Clerk of Court be directed to close this case."  (Doc. No. 13 at 3.)

      Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on March 11, 2020 (Doc. No. 13), are ADOPTED IN FULL;
2. This action is dismissed, without prejudice, based on plaintiff's failure to prosecute and failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 21, 2020**

_____
UNITED STATES DISTRICT JUDGE